No. 668, Misc. ABREU v. HERITAGE, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondent.

No. 669, Misc. ZUPICICH v. ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Robert J. Carluccio* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, L. Paul Winings* and *Charles Gordon* for respondent.

No. 901, Misc. WOLFE v. NASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 751, Misc. HOLMES v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 899, Misc. DAWSON v. BOMAR, WARDEN. C. A. 6th Cir. Certiorari denied. *Fred P. Graham* for petitioner.

No. 921, Misc. CATER v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *W. Bradley Ward* for petitioner.

No. 840, Misc. LEWIS v. MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied. *Allan R. Rosenberg* for petitioner. *Edward W. Brooke,* Attorney General of Massachusetts, and *James W. Bailey,* Assistant Attorney General, for respondent.